UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6225-CR-FERGUSON

18 U.S.C. §1344
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

FILED BY _____ D.C.

AUG 1 0 2000

CLERK MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
RONALD MENESES,            )
                           )
              Defendant.   )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNTS I - IX

On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,

**RONALD MENESES,**

as identified below in the separate counts, knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Washington Mutual Bank, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of Washington Mutual Bank by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly and willfully transacted and attempted to transact withdrawals of funds from the Washington Mutual Bank accounts in the names of individuals identified below, knowing that insufficient funds existed to cover the withdrawals, as set forth below:

| COUNT | DATE | EXECUTIONS OF SCHEME |
|---|---|---|
| I | 3/21/00 | Cashed check number 120 drawn on Washington Mutual account of Ingrid LaLeau payable to Edith Myers for $9,526.13, against $80,000.00 fraudulent wire transfer into LaLeau's account from account of Felix Puebla at Postal and Professional Credit Union, a financial institution whose accounts were insured by the National Credit Union Administration. |
| II | 3/22/00 | Cashed check number 122 drawn on Washington Mutual account of Ingrid LaLeau payable to Mayra Plaza for $9,649.25, against $80,000.00 fraudulent wire transfer into LaLeau's account from account of Felix Puebla at Postal and Professional Credit Union, a financial institution whose accounts were insured by the National Credit Union Administration. |
| III | 3/30/00 | Transacted withdrawal of $5,000.00 from Washington Mutual account of Daniel St. Furcy (transaction number 283), against $20,298.00 fraudulent deposit from Washington Mutual account of Ingrid LaLeau on 3/29/00. |
| IV | 3/30/00 | Transacted withdrawal of $5,000.00 from Washington Mutual account of Daniel St. Furcy (transaction number 281), against $20,298.00 fraudulent deposit from Washington Mutual account of Ingrid LaLeau on 3/29/00. |
| V | 3/30/00 | Transacted withdrawal of $5,000.00 from Washington Mutual account of Daniel St. Furcy (transaction number 251), against $20,298.00 fraudulent deposit from Washington Mutual account of Ingrid LaLeau on 3/29/00. |
| VI | 4/5/00 | Transacted withdrawal of $5,000.00 from Washington Mutual account of Daniel St. Furcy (transaction number 066), against $20,298.00 fraudulent deposit from Washington Mutual account of Ingrid LaLeau on 3/29/00. |
| VII | 4/12/00 | Transacted withdrawal of $10,000.00 from Washington Mutual account of Gernide Antoine (transaction number 282), against $19,500.00 counterfeit and forged check from the Washington Mutual account of Elaine Nelson deposited into Antoine's Washington Mutual account on or about April 11, 2000. |

| | | |
|---|---|---|
| VIII | 4/12/00 | Transacted withdrawal of $9,500.00 from Washington Mutual account of Gernide Antoine (transaction number 316), against $19,500.00 counterfeit and forged check from the Washington Mutual account of Elaine Nelson deposited into Antoine's Washington Mutual account on or about April 11, 2000. |
| IX | 4/13/00 | Attempted withdrawal of $10,000.00 from Washington Mutual account of Ruth Antoine, against $19,870.64 counterfeit and forged check from the Washington Mutual account of Elaine Nelson deposited into Antoine's account on or about April 13, 2000. |

All in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

*Leonard Roth*

FOREPERSON

*Steven R. Petri*

GUY A. LEWIS
UNITED STATES ATTORNEY

*Robin S. Rosenbaum*

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____2000R01498_____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

**RONALD MENESES**                **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)       Yes ____  No ____
                                   Number of New Defendants  ____
___ Miami  ___ Key West            Total number of counts    ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days      __X__      Petty      ____
   II   6 to 10 days     ____       Minor      ____
   III  11 to 20 days    ____       Misdem.    ____
   IV   21 to 60 days    ____       Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Robin S. Rosenbaum*
Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                       REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __Ronald Meneses__    Case No.: _____

================================   ==========================================

Count #I-9: Bank Fraud - 18 U.S.C. §1344

___

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine, or twice the gross loss or gross gain
================================================================================
Count #

___

**Max. Penalty:**
================================================================================
Count #

___

**Max. Penalty:**
================================================================================
Count #:

___

**Max. Penalty:**
================================================================================
Count #:

___

**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.