# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RONALD MENESES

**WARRANT FOR ARREST**

CASE NUMBER: 00-6225-CR
Ferguson

TO: **The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Ronald Meneses _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) engaging in a scheme and artifice to defraud Washington Mutual, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section(s) __1344 and 2__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $10,000 corporate surety bond with Nebbia and a $50,000 personal surety bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 10, 2000, Fort Lauderdale, Florida
Date and Location

by _____
United States Magistrate Judge
Name of Judicial Officer

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Ronald Meneses _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _Male_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: United States Secret Service Special Agent Shannon Shockley; 305-629-1875

**BOND RECOMMENDATION SHEET**

<u>RONALD MENESES</u>
Defendant

$10,000 corporate surety bond and a $50,000 personal surety bond is recommended.

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
FLORIDA BAR NO.  908223
TELEPHONE:  (954) 356-7255x3595
FACSIMILE:  (954) 356-7336

Address of Defendant:

Agent:
U.S. Secret Service, Special Agent Shannon Shockley