

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-48

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable William P. Dimitrouleas forthwith:

```
0:01CV7139      Monestime v. United States
0:01CV7768      Poirier v. Dept. of Corrections
0:02CV60674     Access for the Disabled v. Gateway Florida
0:02CV60784     Shalom Hotels, Ltd. v. Levy
0:02CV61098     Fuente Cigar Ltd. v. CTI Tabacco Industries
0:02CV61281     Alliance for ADA v. Domin
0:02CV61564     Buckhanan v. Dept. of Corrections
0:02CV61611     Dockwise Shipping v. M/V Stupendous
0:03CV60027     Alliance for ADA v. ANV Corporation
0:03CV60082     Jagtiani v. Commissioner of SSA
0:03CV60290     DirecTV, Inc. v. Godrey
0:03CV60429     Gilzene v. D'Agostino
0:03CV60741     Marcus v. Liebowitz
0:03CV60796     Gethers v. Commissioner of SSA
1:98CV298       Miami Cerebral Palsy v. Bock
1:02CV21942     Knight v. United States
9:02CV80604     Colonial Penn Frank v. Viklund
9:02CV80819     boland v. Siemans Information
```

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Dimitrouleas forthwith:

```
0:00CR06097     United States v. Saintil
0:00CR06225     United States v. Meneses
0:02CR60160     United States v. Lowe
0:02CR60221     United States v. Mouttet
0:03CR60065     United States v. Fernandez, et al.
```

```
0:03CR60093    United States v. Wiggins
1:96CR00707    United States v. Susar, et al.
1:00CR00545    United States v. Osorio, et al.
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge Barry S. Seltzer, who is paired with Judge Dimitrouleas. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Seltzer.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

c.   Judge William P. Dimitrouleas
     Magistrate Judge Lurana S. Snow
     Magistrate Judge Barry S. Seltzer
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record