```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 00-6225-CR-DIMITROULEAS
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD MENESES,

    Defendant.
_____



FILED by _____ D.C.

MAY 27 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-48 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

THEREFORE, the Clerk of the Court shall transfer this case to Barry Seltzer, United States Magistrate Judge and ensure that counsel of record is noticed via the Court's Faxback program.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 27th day of May, 2003.

                                _____
                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

William Dimitrouleas, United States District Judge (FTL)
Barry Seltzer, United States Magistrate Judge (FTL)
AUSA Robin Rosenbaum (FTL)

